UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

KAREN A. ARNETT, et al.,       :
                               :   NO: 1-02-CV-00087
                               :
        Plaintiffs,             :
                               :   **ORDER**
                               :
    v.                         :
                               :
                               :
WILLARD INDUSTRIES, INC.,       :
                               :
                               :
        Defendant.              :

On September 2, 2004, the Court held a status conference in the instant case during which the parties indicated that settlement discussions were proceeding.  They requested additional time in which to complete these efforts and a continued stay on the Court's determination of Plaintiffs' pending motion requesting declaratory judgment (doc. 23).  The Court finds this request well taken.  Accordingly, the scheduled trial date of September 23, 2003 is VACATED.  The Court hereby schedules a status conference in the instant action for October 8, 2003 at 3:00 p.m.  The Court's determination of Plaintiffs' Motion for Declaratory Judgment (doc. 23) is STAYED until October 8, 2003.  If the parties fail to reach a settlement by October 8,

2003, the Court will assign a new trial date in the case.

SO ORDERED.

Dated:  _____                s/ S. Arthur Spiegel                
                                                S. Arthur Spiegel
                                                United States Senior District Judge