AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

KAREN A. ARNETT, et al.

                                              Case Number:   1:02-cv-00087

        V.

WILLARD INDUSTRIES                        Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that STATUS CONFERENCE in this case has been RESET from 10/9/03 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Room 838 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | NOVEMBER 18, 2003 at 3:00 PM |

 

KENNETH J. MURPHY, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Amy Leonard, Esq.    Dennis Altman, Esq.    Lance Himes, Esq.    Charles Meyer, Esq.