FILED
JAMES BONINI
CLERK

03 DEC 11 AM 9:24

Thomas L. Sansonetti, Assistant Attorney General
Peter H. Oppenheimer (D.C. Bar No. 438915)
United States Department of Justice
Environment and Natural Resources Division
Policy, Legislation and Special Litigation Section
601 D Street, N.W., Room 8020
P.O. Box 4390
Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-4642 (phone), (202) 514-4231 (fax)

ATTORNEY FOR THE UNITED STATES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| KAREN A. ARNETT, et al., | Case No. C-1-02-87 |
|  | (Judge S. Arthur Spiegel) |
|  | (Magistrate Judge Hogan) |
| Plaintiffs, |  |
| v. |  |
| WILLARD INDUSTRIES, INC., |  |
| Defendant. |  |

### Notice of Review of Proposed Consent Decree

On December 8, 2003, the Attorney General of the United States received a copy of the proposed consent judgment in the above-referenced case for review pursuant to section 304(c)(3) of the CAA, 42 U.S.C. § 7604(c)(3). This provision provides, in relevant part:

> No consent judgment shall be entered in any action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator.

The United States is currently reviewing the proposed consent judgment. Meanwhile, the United States affirms for the record that, under prevailing law, it is not bound by this settlement. See, e.g., Martin v. Wilks, 490 U.S. 755, 762 (1989) ("A judgment or decree among parties to a lawsuit resolves issues as among them, but it does not conclude the rights of strangers to those proceedings"); Hawthorn v. Lovorn, 457 U.S. 255, 268 n.23 (1982) (Attorney General is not bound by cases to which he was not a party); see also United States v. Atlas Powder, 26 Env't Rep. Cas. (BNA) 1391 (E.D. Pa. 1987) ("The United States is not bound by settlement agreements or judgments in cases to which it is not a party").

If a final consent judgment is entered in this case, the United States requests that the undersigned, and Ms. Saundra Doyle (address below), be served with a signed copy. In addition, any penalties required to be paid pursuant to the judgment should be made by check payable to the "United States Treasury" and delivered to:

>Ms. Saundra Doyle
>Debt Collection Specialist
>Executive Office
>Environment & Natural Resources Division
>U.S. Department of Justice
>P.O. Box 7754
>Washington, D.C. 20044-7754

If the United States has additional comments on the proposed consent judgment, they will be provided to the court and counsel of record by January 19,

1  2004.[1/]

2  The United States also notes that, if the parties subsequently propose to modify any final consent judgment entered in this case, the parties should so notify the United States, and provide the United States with a copy of the proposed modifications, forty-five days before the court enters any such modifications. See 42 U.S.C. § 7604(c)(3).

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General

PETER H. OPPENHEIMER, Attorney
United States Department of Justice
Environment & Natural Resources Division

---

[1/]  This date assumes that the Administrator of the Environmental Protection Agency received a copy of the proposed consent judgment on or before the date it was received by the Department of Justice. If the EPA received its copy later than the Department of Justice (which would extend the date for comments), the United States will inform the court and the parties.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Review of Proposed Consent Decree was sent this 10th day of December, 2003, by U.S. Mail to:

Dennis David Altman
Amy Jo Leonard
Lance D. Himes
Dennis David Altman Co., LPA
15 East Eighth Street
Suite 200 W
Cincinnati, OH 45202

Charles Mulvihill Meyer
Santen & Hughes
312 Walnut Street
Suite 3100
Cincinnati, OH 45202

Peter H. Oppenheimer, Attorney
United States Department of Justice
Environment and Natural Resources Division
Policy, Legislation & Special Litigation Section
601 D Street, N.W., Room 8020
P.O. Box 4390
Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-4642