Thomas L. Sansonetti, Assistant Attorney General
Peter H. Oppenheimer (D.C. Bar No. 438915)
United States Department of Justice
Environment and Natural Resources Division
Policy, Legislation and Special Litigation Section
601 D Street, N.W., Room 8020
P.O. Box 4390
Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-4642 (phone), (202) 514-4231 (fax)
ATTORNEY FOR THE UNITED STATES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KAREN A. ARNETT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLARD INDUSTRIES, INC., <br><br> Defendant. | Case No. C-1-02-87 <br><br> (Judge S. Arthur Spiegel) <br> (Magistrate Judge Hogan) |

**STATEMENT OF INTEREST OF THE UNITED STATES
AND COMMENTS ON PROPOSED CONSENT DECREE**

On December 8, 2003, the Attorney General of the United States received a copy of the proposed consent judgment in the above-referenced case for review pursuant to section 304(c)(3) of the Clean Air Act, 42 U.S.C. § 7604(c)(3). This provision provides, in relevant part:

> No consent judgment shall be entered in an action brought under this section in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgement by the Attorney General and the Administrator during which time the Government may submit its comments on the proposed consent judgment to the court and parties or may intervene as a matter of right.

|   |   |
|---|---|
| 1 | Pursuant to this statutory authority, the United States has reviewed the |
| 2 | proposed consent decree ("proposed CD"). This decree provides for injunctive |
| 3 | relief in the form of installation of an emission control system and monitoring |
| 4 | devices, confirmatory emissions testing to ensure that the emission control system |
| 5 | is controlling at least 40% of total emissions from the lost foam process operating |
| 6 | at maximum capacity, control of fugitive emissions from the lost foam process, |
| 7 | compliance with continuing operating, monitoring and reporting requirements, and |
| 8 | payment of attorneys' fees in the amount of $70,000. |
| 9 | The United States notes that paragraph 11 of the proposed CD could be |
| 10 | misread to suggest that the United States is bound by the terms of the proposed |
| 11 | CD. The United States reiterates for the record that it is not bound by any |
| 12 | provisions of the proposed CD. 42 U.S.C. § 7604(c)(2) ("A judgment in an action |
| 13 | under this section to which the United States is not a party shall not . . . have any |
| 14 | binding effect upon the United States."). |
| 15 | The United States recommends that paragraph 5(e) of the settlement |
| 16 | agreement attached to the proposed CD (or other appropriate provision of the |
| 17 | proposed CD) be amended to obligate Defendant in good faith to take all |
| 18 | appropriate steps necessary to obtain permits required under the Clean Air Act and |
| 19 | to attain compliance with the Clean Air Act. |
| 20 | The United States recommends that paragraph 21 of the proposed CD be |
| 21 | amended to require notice to the United States in the event that Plaintiffs, as |
| 22 | provided in paragraph 21, find it "agreeable" for the Control System, when |
| 23 | Defendant's furnace is in full operation, to control less than 40% of total |
| 24 | emissions from the lost foam process operating at maximum capacity. |
| 25 | The United States recommends that paragraphs 26 and 27 of the proposed |
| 26 | CD be amended to specify that all quarterly reports provided to the Court, |
| 27 | Plaintiffs' counsel and Plaintiffs' Consultant also be provided to the United States. |
| 28 | |

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | THOMAS L. SANSONETTI |
| 4 | Assistant Attorney General |
| 5 | |
| 6 | PETER H. OPPENHEIMER, Attorney |
| 7 | United States Department of Justice<br>Environment & Natural Resources Division |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the STATEMENT OF INTEREST OF THE UNITED STATES AND COMMENTS ON THE PROPOSED CONSENT JUDGMENT was sent this 15th day of January 2004, by U.S. Mail, first class postage prepaid, to:

Dennis David Altman
Amy Jo Leonard
Lance D. Himes
Dennis David Altman Co., LPA
15 East Eighth Street
Suite 200 W
Cincinnati, OH 45202

Charles Mulvihill Meyer
Santen & Hughes
312 Walnut Street
Suite 3100
Cincinnati, OH 45202

*/s/ Peter H. Oppenheimer*

Peter H. Oppenheimer, Attorney
United States Department of Justice
Environment and Natural Resources Division
Policy, Legislation & Special Litigation Section
601 D Street, N.W., Room 8020
P.O. Box 4390
Ben Franklin Station
Washington, D.C. 20044-4390
(202) 514-4642