# SANTEN & HUGHES
A Legal Professional Association

312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202-4059
www.Santen-Hughes.com

Charles M. Meyer
CMM@santen-hughes.com
513-852-5986

Telephone: (513) 721-4450
Fax: (513) 721-7377

October 12, 2005

D. David Altman
D. David Altman Co., L.P.A.
15 E. Eighth St., Suite 200W
Cincinnati, OH 45202

Re:   **Arnett, et al. v. Willard Industries, Inc.**
      **Case No. C-1-02-87**

Dear Dave:

Thanks for your letter dated October 10, 2005. We appreciate your clients' patience with this process.

The good news is that the system is working. Willard has run the emissions unit for about four weeks now. This has primarily been while the holding furnace was running, not the dry hearth. There have been some "bugs" that necessitated shutting off the furnace from time-to-time. Willard is addressing these issues.

The important thing is that the system is operational and they have been keeping a data log since last Thursday. Paul will e-mail a copy of this data log to you and to Bill Auberle at the end of the day today, and then send you updated data logs on a weekly basis for the next few weeks until Bill is comfortable that testing can be performed.

Sincerely,

*Chuck*

Charles M. Meyer

CMM/bae

cc:   Paul Thompson

272769.1

---

William E. Santen
Charles M. Meyer†*
Charles E. Reynolds
John D. Holschuh, Jr.†
James P. Wersching

C. Gregory Schmidt†
William E. Santen, Jr.
William A. DeCenso
Sarah B. Tankersley†

Fanon A. Rucker
Deepak K. Desai
J. Robert Linneman†
Andrew A. Weisenberger

Kenneth R. Hughes (1925-1993)
†Also Admitted in KY
*Also admitted in FL & MA