# SANTEN & HUGHES
A Legal Professional Association

312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202-4059
www.Santen-Hughes.com

Charles M. Meyer
CMM@santen-hughes.com
513-852-5986

Telephone: (513) 721-4450
Fax: (513) 721-7377

September 27, 2006

D. David Altman
D. David Altman Co., L.P.A.
15 E. Eighth St., Suite 200W
Cincinnati, OH 45202

Re: **Willard Industries**

Dear Dave:

Enclosed is the Performance Test Report prepared by Almega Environmental, Inc. While the report is dated July 2, 2006, we just recently received it.

Sincerely,

Charles M. Meyer

CMM/bae
Enclosure

cc:   Paul Thompson (w/enc.)

303014.1

---

Charles M. Meyer†*
Charles E. Reynolds
John D. Holschuh, Jr.†
James P. Wersching
C. Gregory Schmidt†

William E. Santen, Jr.
William A. DeCenso
Sarah B. Tankersley†
Edward S. Dorsey
Katrina Z. Farley

Fanon A. Rucker
Deepak K. Desai
William J. Liss
J. Robert Linneman†
Andrew W. Weisenberger†
James S. Hard

Senior Counsel:
William E. Santen
James J. Chalfie

† Also admitted in KY
* Also admitted in FL & MA