UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN A. ARNETT, et al., | : | Case No. C-1-02-87 |
| | : | |
| Plaintiffs, | : | (Judge S. Arthur Spiegel) |
| | : | |
| vs. | : | **STIPULATION EXTENDING TIME** |
| | : | **TO RESPOND TO MOTION** |
| WILLARD INDUSTRIES, INC., | : | |
| | : | |
| Defendant. | : | |

On December 26, 2006, Plaintiffs filed a Motion To Enforce Compliance With The Consent Decree ("Motion"). Upon agreement of the parties, Defendant Willard Industries, Inc. is hereby granted until Friday, January 19, 2007 to file its response to the Motion.

/s/D. David Altman (per phone authorization)
D. David Altman (0021457)
D. David Altman Co., L.P.A.
15 East 8th Street, Suite 200W
Cincinnati, OH  45202
(513) 721-2180
(513) 721-2299 (fax)
daltman@one.net
Trial Attorney for Plaintiffs

/s/Charles M. Meyer
Charles M. Meyer (0019331)
Santen & Hughes
312 Walnut Street - Suite 3100
Cincinnati, OH  45202
(513) 852-5986
(513) 721-7377 (fax)
cmm@santen-hughes.com
Trial Attorney for Defendant

308473.1