

ONCOLOGY
c·a·r·e
HEMATOLOGY

**Medical Oncology & Hematology**

Mary E. Albers, M.D.
Rebecca G. Bechhold, M.D.
John A. Bismayer, M.D.
Lawrence V. Brennan, M.D.
E. Randolph Broun, M.D.
Leanne S. Budde, M.D.
Cynthia C. Chua, M.D.
Edward J. Crane, M.D.
William G. Dannemen, M.D.
D. Randolph Drosick, M.D.
James H. Essell, M.D.
Irfan Firdaus, D.O.
Douglas B. Flora, M.D.
Douglas K. Hawley, M.D.
David L. Kirlin, M.D.
Evan Z. Lang, M.D.
Kurt P. Leuenberger, M.D.
Elyse E. Lower, M.D.
Mary Ellen McCullough, M.D.
Michael N. Neuss, M.D.
Michele Redden-Borowski, M.D.
Arthur I. Richards, M.D.
Priya Rudolph, M.D., Ph.D.
Peter G. Ruehlman, M.D.
Louis E. Schroder, M.D.
Duane A. Sigmund, M.D.
Patrick J. Ward, M.D., Ph.D.
David M. Waterhouse, M.D.
Paula F. Weisenberger, M.D.
John C. Winkelmann, M.D.

**Gynecologic Oncology**

Marcia C. Bowling, M.D.
Nancy L. Simon, M.D.

**Radiation Oncology**

Michael A. Cross, M.D.
Susan Feeney, M.D.
Peter R. Fried, M.D.
Rodney P. Geier, M.D.
Jennifer W. Gerson, M.D.
Elizabeth H. Levick, M.D.
Richard L. Levy, M.D.
Marc R. Mosbacher, M.D.
John F. Sacco, M.D.
Ralph J. Wright, III, M.D.

**Neurologic Oncology**

Robert E. Albright, Jr., M.D.

**Administrative Office**
2522 Highland Avenue
Cincinnati, Ohio 45219
Tel: (513) 751-2145
Fax: (513) 751-2138

March 23, 2007

To Whom It May Concern:

I am writing this letter to you on behalf of my patient, Mr. Paul Thompson. He has been receiving care from me regarding his lung cancer. His treatment has consisted of chemotherapy and radiation. These treatments have resulted in shortness of breath and weakness. As a result of his condition, he will be unable to attend meetings for several weeks.

Sincerely,

Edward J. Crane, MD

860 NW Washington Blvd. • Hamilton, OH 45013

EXHIBIT
A