UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN A. ARNETT, et al., | : | Case No. C-1-02-87 |
| Plaintiffs, | : | (Judge S. Arthur Spiegel) |
| vs. | : | |
| WILLARD INDUSTRIES, INC., | : | |
| Defendant. | : | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR CONTINUANCE**

  This is a brief response to the Motion filed by Chuck Meyer seeking continuance of the hearing on Plaintiffs' Motion to Enforce the Consent Decree, based on Mr. Thompson's current health situation. Mr. Meyer accurately represents my agreement to a continuance based on his agreement to seek a status conference at 2:00 pm on Wednesday, March 28, 2007. The Plaintiffs have not agreed to a *90-day* continuance. As the letter from Mr. Thompson's physician makes clear, Mr. Thompson needs "several weeks" of recovery.

  Plaintiffs therefore request that the Court continue the hearing for approximately three weeks, as the Court's schedule permits. A letter setting forth Plaintiffs' concerns about this matter is attached hereto as Exhibit A.

              Respectfully Submitted,

              *s/* D. David Altman
              D. David Altman (0021457)
              D. David Altman Co., L.P.A.

15 East 8th Street, Suite 200W
Cincinnati, Ohio 45202
(513) 721-2180
(513) 721-2299
daltman@one.net

Trial Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2007, I filed Plaintiffs' Response to Defendant's Motion for Continuance with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following individual:

Charles M. Meyer, Esq.
Trial Attorney for Defendant
Santen & Hughes
312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202
cmm@santen-hughes.com.

Additionally, I served a copy of the foregoing Reply on said individual via regular U.S. mail on this date.

/s/ Diana Christy

Attorney for Plaintiffs