**D. David Altman Co**
a legal professional association

EXHIBIT A

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

Charles M. Meyer, Esq.
Santen & Hughes
312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202

March 22, 2007

Re: <u>Arnett, et al. v. Willard Industries, Inc.</u>
<u>Case Number C-1-02-87</u>

Dear Chuck:

I am sorry to hear the news of Mr. Thompson's illness. I appreciate your willingness to confirm his medical condition through a doctor. Please send the appropriate documentation of his condition to my office by Monday.

In addition, I need to provide information to my clients about the status of the facility so that I can properly advise them on how to proceed. Specifically, I need to know whether Willard Industries is still operating. If so, I need to know the person in charge of operating the facility and whether there is a reason why that person cannot attend a re-scheduled hearing.

However, to accommodate your client's situation, I would be willing to convert next week's hearing into a status conference with the Court, so that we can seek Judge Spiegel's wisdom about how to solve this problem. I suggest that you and I jointly call the Court to ask that it hold a status conference at 2:00 p.m. next Wednesday.

Please provide all the information requested as promptly and as much before Wednesday at 2:00 p.m. as possible. If you have any questions or concerns, feel free to contact me at (513) 721-2180.

Very truly yours,

D. David Altman

cc: Clients
    Bill Auberle