UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN A. ARNETT, et al.,    :   NO:  1:02-CV-00087
                            :
    Plaintiffs,            :
                            :   **ORDER**
  v.                        :
                            :
WILLARD INDUSTRIES, INC.,   :
                            :
    Defendant.             :

    This matter is before the Court on Defendant's Motion to Continue the Hearing on Plaintiffs' Motion to Enforce Compliance with the Consent Decree (doc. 59), and Plaintiffs' Response (doc. 60).

    As Plaintiffs did not object to converting the hearing set for March 28, 2007, into a status conference, the Court orally agreed to do so.  However, the parties disagreed as to an appropriate time-frame for rescheduling the hearing.  At the March 28, 2007 status conference, the Court reviewed the circumstances behind Defendant's Motion, and found it in the interests of justice to continue the hearing for at least ninety days.

    Accordingly, the Court GRANTS Defendant's Motion to Continue Hearing (doc. 59), and SETS such hearing to commence at 9:30 A.M. on July 24, 2007.

    SO ORDERED.

Dated: March 29, 2007        s/S. Arthur Spiegel
                                    S. Arthur Spiegel
                                    United States Senior District Judge