AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

KAREN A. ARNETT, et al.

                              Case Number:   1:02-cv-00087

    V.

WILLIAM INDUSTRIES, INC.                Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a HEARING ON PLAINTIFF'S MOTION TO ENFORCE CONSENT DECREE (DOC. 54) in this case has been RESET FROM 3/28/07 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
|  | DATE AND TIME<br>JULY 24, 2007 at 9:30 AM |

                                                        JAMES BONINI, CLERK

                                                        s/Kevin Moser
                                                        Kevin Moser
                                                        Case Manager
                                                        (513) 564-7620

cc: Dennis Altman, Esq.    Amy Jo Leonard, Esq.    Lance Himes, Esq.    Charles Meyer, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.