UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KAREN A. ARNETT, et al.,

        Plaintiffs,

vs.

WILLARD INDUSTRIES, INC.,

        Defendant.

Case No. C-1-02-87

(Judge S. Arthur Spiegel)

**AFFIDAVIT OF PAUL L. THOMPSON**

The undersigned Paul L. Thompson, President, for and on behalf of Willard Industries, Inc., being duly sworn, testifies as follows:

1. I am the President of Willard Industries, Inc. ("Willard").

2. Willard is in the process of permanently shutting down its business operations. It has already terminated all but four of its employees. All molding and foundry operations are finished, so there will be no more emissions from Willard's foundry operations. By July 6, 2007, all remaining parts will have been machined, cleaned and shipped, and the remaining employees will be terminated.

3. The shutdown of Willard's business operations is permanent, and there is no prospect of Willard recommencing its business operations in the future.

_____
Paul L. Thompson

**EXHIBIT A**

STATE OF OHIO            )
                         )   SS:
COUNTY OF HAMILTON       )

The foregoing instrument was acknowledged before me this 28th day of June, 2007 by Paul L. Thompson, President, for and on behalf of Willard Industries, Inc., an Ohio corporation.

_____
Notary Public

317435.1

JENNIFER LYNN BOBST
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 12-14-10