UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN A. ARNETT, et al., | : | Case No.: 1:02-cv-00087 |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| WILLARD INDUSTRIES, INC., | : | |
| Defendant. | : | |

Upon consideration of Defendant's Motion to Vacate Hearing Date and Consider Plaintiff's Motion to Enforce Consent Decree Moot (doc. 64), the Court hereby VACATES the hearing on Plaintiffs' motion (doc. 54) and CONVERTS this matter to a Status Conference, set for July 11, 2007 at 9:30 a.m. The Court shall reschedule the motion hearing, if determined necessary, after completion of the Status Conference.

SO ORDERED.

Date: 7/5/07

S. Arthur Spiegel
United States Senior District Judge