UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN A. ARNETT, et al., | : | NO: 1:02-CV-00087 |
| Plaintiffs, | : | |
| | : | **ORDER** |
| v. | : | |
| WILLARD INDUSTRIES, INC., | : | |
| Defendant. | : | |

This matter is before the Court on Plaintiffs' Motion to Enforce Compliance with the Consent Decree (doc. 54), Defendant's Response (doc. 56), and Plaintiffs' Reply (doc. 57). The Court held a status conference on July 11, 2007, to discuss with the parties Defendant's representation that it is shutting down its business operations (doc. 64).

At such conference, the Court determined that Defendant is in no position to defend against Plaintiffs' allegations. The Court therefore finds it appropriate to ENTER an ORDER, ensuring future compliance with the consent decree, such ORDER to be recorded in the Hamilton County Recorder's Office. This ORDER disposes of Plaintiff's Motion (doc. 54).

SO ORDERED.

Dated: July 12, 2007        /s/ S/ Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge

Case 1:02-cv-00087-SAS    Document 66    Filed 07/12/2007    Page 2 of 2