UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


KAREN A. ARNETT, et al.,        :    NO:  1:02-CV-00087
                                :
          Plaintiffs,           :
                                :    **ORDER**
     v.                         :
                                :
WILLARD INDUSTRIES, INC.,       :
                                :
          Defendant.            :


The Court hereby ORDERS that Defendant's property, which is labeled by Hamilton County, Ohio Auditor parcel numbers (I) 221-15-25(26 & 27)(known as 1253 Knowlton Street, Cincinnati, OH 45223), (II) 221-15-44, (III) 221-15-47, (IV) 221-15-36, and (IV) 221-15-43, the legal description of such parcels is attached hereto as Exhibit A, is SUBJECT to the terms of the Consent Decree entered in this matter on December 4, 2003.  The Court further ORDERS that any environmental protection agency permits issued for operations at this above-designated property are also SUBJECT to the Consent Decree.


     SO ORDERED.

Dated: July 12, 2007        /s/ S. Arthur Spiegel
                            S. Arthur Spiegel
                            United States Senior District Judge

2