Exhibit A

Legal Description

File Number:   05-0493

Parcel I:

All that parcel of land situated in the City of Cincinnati, Ohio and being more particularly described as follows:

Beginning at a point in the south line of Knowlton Street 260 feet east of the south-east corner of Knowlton and Dane Street; thence north 83 degrees 10' East one hundred and fourteen and 34/100 (114.34) feet along the south side of Knowlton Street; thence South 6 degrees 50' East two hundred and twenty-four and 10/100 (224.10) feet; thence South 83 degrees 10' West one hundred and fourteen and 34/100 (114.34) feet; thence North 6 degrees 50' West two hundred and twenty-four and 10/100 (224.10) feet to the point of beginning.

Auditors Parcel Number:   221-15-25(26&27)
Property known as:   1253 Knowlton Street, Cincinnati, Ohio 45223

Parcel II:

Commencing at the southeast corner of Knowlton and Dane Streets; thence north 83 degrees 10' East 391.75 feet along the south line of Knowlton Street; thence SOuth 7 degrees 51' East 224.13 feet; thence south 83 degrees 10' west 21.41 feet to the real point of beginning of this conveyance; thence south 83 degrees 10' West 114.34 feet; thence south 6 degrees 50' east 120 feet; thence north 83 degrees 10' East 114.34 feet; thence north 6 degrees 50' West 120 feet to the point of beginning.

parcel number:   221-15-44

Parcel III:

Beginning at the south-west corner of registered land certificate no 3758 Hamilton County Recorder's office;
thence NOrth 6 degrees 50' West 59.47 feet;
thence north 83 degrees 10' East 15.00 feet;
thence north 6 degrees 50' West 244.13 feet;
thence north 83 degrees 10' East 80.00 feet;
thence south 6 degrees 50' East 120.00 feet;
thence north 83 degrees 10' East 114.34 feet; thence south 6 degrees 50' East 64.70 feet; thence south 51 degrees 06' West 102.99 feet; thence south 11 degrees 00' East 46.35 feet; thence south 75 degrees 00' West
126.72 feet to the point of beginning, containing 0.854 acres.

for plat of description see plat book 61 page 28, of the registered land records of Hamilton County, Ohio.

Parcel Number:   221-15-47

Parcel IV:

Legal Description - Continued

*Legal Description - Continued*

Beginning at a point in the south line of Knowlton Street 391.75 feet eastward of the southeast corner of Knowlton and Dane Street as measured in the SOuth line of Said Knowlton Street; thence south 7 degrees 51' East 224.13 feet; thence south 83 degrees 10' west 21.41 feet; thence south 6 degrees 50' East 184.70 feet; thence north 51 degrees 06' East 206.56 feet; thence north 22 degrees 30' West 310.74 feet to a point in the south line of said Knowlton Street; thence south 83 degrees 10' West in the south line of said Knowlton Street 73.65 feet to the place of beginning.

Parcel Number: 221-15-36

Parcel V:

Lying and being in Section 22, TOwn 3, Fractional Range 2, Mill Creek TOwnhsip, in the City of Cincinnati, County of Hamilton, State of Ohio and being more particularly described as follows:

Beginning at the intersection of the SOuth line of Knowlton Street and the East line of Dane Street; thence North 83 degrees 10 minutes East, along the South line of Knowlton Street 374.34 feet to the place of beginning for this description, thence from said beginning point, North 83 degrees 10 minutes East, along the south line of Knowlton Street, 17.41 feet to the West line of the property as shown on Registered Title Certificate No. 3758 of the REgistered Land Records of Hamilton County, Ohio thence South 7 degrees 51 minutes East, along the west line of said Registered LAnd, 224.13 feet to a corner of said Registered LAnd; thence South 83 degrees 10 minutes WEst, parallel with the Knowlton Street and along said REgistered Land, 21.39 feet; thence north 6 degrees 50 minutes West, 224.10 feet to the South line of Knowlton Street and the Place of beginning.

Parcel Number: 221-15-43

*End Of Legal Description*